**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| KEITH LOGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:21-cv-01177-HEA |
| ) | |
| FAURECIA AUTOMOTIVE SEATING, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION FOR DISMISSAL**

COMES NOW Defendant, Faurecia Automotive Seating, and Plaintiff, Keith Logan, and hereby jointly stipulate to dismiss this matter with prejudice, with each side bearing their own costs and fees.

Respectfully submitted, by:

*/s/ Katrina Y. Morgan*
Katrina Y. Morgan, #60166MO
MaryAnne Quill, #71133MO
JACKSON LEWIS P.C.
1 N. Brentwood Blvd., Ste. 1150
St. Louis, Missouri 63105
Telephone: (314) 827-3939
Facsimile: (314) 827-3940
katrina.morgan@jacksonlewis.com
maryanne.quill@jacksonlewis.com
*Attorneys for Defendant*


*/s/ Joshua G. Miller, Esq. (with consent)*
Joshua G. Miller, Esq.
Ryan M. Furniss, Esq.
The Furniss Law Firm, LLC
7750 Clayton Road, Ste. 102
St. Louis, Missouri 63117
Telephone: (314) 899-9101
Facsimile: (314) 627-5891
jmiller@furnisslaw.com
rfurniss@furnisslaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 11, 2022, I served a true and correct copy of the foregoing via the Court's Electronic Filing System upon the following counsel of record:

    Joshua G. Miller, Esq.
    Ryan M. Furniss, Esq.
    The Furniss Law Firm, LLC
    7750 Clayton Road, Ste. 102
    St. Louis, Missouri 63117
    Telephone: (314) 899-9101
    Facsimile: (314) 627-5891
    jmiller@furnisslaw.com
    rfurniss@furnisslaw.com
    *Attorneys for Plaintiff*

                                                    */s/ Katrina Y. Morgan*

4878-3704-1214, v. 1